UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

THE TRUSTEES OF THE LOCAL 138
PENSION TRUST FUND and THE
LOCAL 138 PENSION TRUST FUND,

                      Plaintiffs.

    - against -

L&J TRUCKING, INC., LYDIA COSME and
TONY COSME,

                      Defendants

---------------------------------------------------------------- x

ECF

**NOTICE OF MOTION**

24-CV-3188-GRB-JMW

PLEASE TAKE NOTICE that upon the Clerk's Certificate of Default, dated July 31, 2024, the Declaration of Susan Bruno, Esq. and Exhibits thereto, the Affirmation of Fund Manager Kelli McInnis, the Plaintiffs' Memorandum of Law, and the Proposed Default Judgment, Plaintiffs will move this Court before the Gary R. Brown, United States District Judge, at the United States District Courthouse for the Eastern District of New York, on such date as designated by the Court, for an order granting Plaintiffs' motion for a default judgment against Defendant L&J Trucking, Inc., brought pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and granting Plaintiffs such other relief against Defendant as this Court deems just and proper.

Dated: New York, New York
       August 14, 2024

                                  CARY KANE LLP

                          By:    /s/
                                  Susan Bruno
                                  Attorneys for Plaintiffs
                                  1350 Broadway, Suite 1410
                                  New York, New York 10018
                                  Tel: (212) 868-6300